An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN EUGENE LEPLEY,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY,
Respondent.

No. 68318

**FILED**

JUL 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges a district court decision denying a motion to extend the prison copy work limit.

Having reviewed the petition, we conclude that petitioner has not met his burden of demonstrating that writ relief is warranted. First, petitioner failed to submit with the petition an appendix or any documentation necessary to evaluate the petition. NRAP 21(a)(4) (requiring petitioner to submit with his petition copies of any order, opinion, parts of the record, or any other document that may be essential to understand the matters set forth in the petition); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004). Further, in forma pauperis status provides that the clerk of the court shall allow a person so designated to commence or defend an action without costs and shall allow that designee to file any necessary writ, process, pleading, or paper without charge. NRS 12.015(2)(a). This court has never held that NRS 12.015 requires the court clerk to provide an in forma pauperis

15-22243

litigant with photocopies in connection with the litigant preparing and prosecuting his or her case. Petitioner has not otherwise identified any authority supporting an entitlement to relief. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Brian Eugene Lepley
        Attorney General/Carson City
        Carson City Clerk